UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:18-cr-160T17MAP
46 U.S.C. § 70506(a) and (b)
46 U.S.C. § 70503(a)(1)

JUAN MILTON MINOTA SALAZAR,
JORGE LUIS INTRIAGO VERGARA, and
MARLON ALEXANDER ANGULO MONTENEGRO

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date and continuing until on or about March 24, 2018, while upon the high seas on board a vessel subject to the jurisdiction of the United States, the defendants,

JUAN MILTON MINOTA SALAZAR,
JORGE LUIS INTRIAGO VERGARA, and
MARLON ALEXANDER ANGULO MONTENEGRO,

did knowingly and willfully combine, conspire and agree with each other and with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of 46 U.S.C. § 70503(a)(1).

All in violation of 46 U.S.C. §§ 70506(a) and (b); and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing until on or about March 24, 2018, while upon the high seas on board a vessel subject to the jurisdiction of the United States, the defendants,

**JUAN MILTON MINOTA SALAZAR,**
**JORGE LUIS INTRIAGO VERGARA, and**
**MARLON ALEXANDER ANGULO MONTENEGRO,**

did knowingly and intentionally, while aiding and abetting each other and other persons known and unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 46 U.S.C. §§ 70503(a)(1) and 70506(a); 18 U.S.C. § 2; and 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c).

2. Upon conviction of the violations alleged in Counts One and Two, the defendants,

JUAN MILTON MINOTA SALAZAR,
JORGE LUIS INTRIAGO VERGARA, and
MARLON ALEXANDER ANGULO MONTENEGRO,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), all property subject to forfeiture pursuant to 21 U.S.C. § 881(a)(1) through (11) that was used or intended to for use to commit, or facilitate the commission of, such offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of any of the defendants:

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third person;

  (c) has been placed beyond the jurisdiction of the Court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

/s/ Foreperson
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ Francis D. Murray
Francis D. Murray
Assistant United States Attorney

By: /s/ Joseph K. Ruddy
Joseph K. Ruddy
Assistant United States Attorney
Chief, Panama Express Task Force

4

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

### JUAN MILTON MINOTA SALAZAR,
### JORGE LUIS INTRIAGO VERGARA, and
### MARLON ALEXANDER ANGULO MONTENEGRO

## INDICTMENT

Violations: Title 46, United States Code, Section 70506(a) and (b)
Title 46, United States Code, Section 70503(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 4th day of April, 2018.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Cases\Criminal Cases\S\Salazar, Juan_2018R0Pend_FDM\f_Indictment Back.docx